UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 24-13109-BKC-RAM

IN RE:
JOSE EDUARDO NEVAREZ,
        DEBTOR(S).
_____/

**TRUSTEE'S NOTICE OF NON-COMPLIANCE**

    Nancy K. Neidich, Standing Chapter 13 Trustee, files this Notice of Non-Compliance and states as follows:

    1.   At the Confirmation Hearing held on December 10, 2024, the debtor(s) agreed to become current with $372.53 by five o'clock in the afternoon.

    2.   As of December 17, 2024, the debtor(s) has failed to comply with this agreement as the last payment received by the Trustee was on October 22, 2024 in the amount of $199.00.

    3.   Accordingly, the Trustee is requesting entry of an Order Dismissing the Chapter 13 Case.

    I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following on December 17, 2024.

                                                   /s_____
                                                 NANCY K. NEIDICH, ESQUIRE
                                                 STANDING CHAPTER 13 TRUSTEE
                                                 P.O. BOX 279806
                                                 MIRAMAR, FL 33027
                                                 (954) 443-4402

COPIES FURNISHED TO:

Jose Eduardo Nevarez
21241 San Simeon Way
Miami, FL 33179

JOSE BLANCO, ESQ (ECF)