

ORDERED in the Southern District of Florida on February 28, 2025.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Jose Nevarez                           Case No.: 24-13109-RAM
                                                Chapter 7

            Debtor(s)            /

## ORDER RECONVERTING CASE UNDER
## CHAPTER 7 TO CASE UNDER CHAPTER 13

THIS CAUSE came before the court on February 27, 2025, at 10:30AM, on the Debtor's motion to reconvert this case to a case under chapter 13 pursuant to 11 U.S.C. §706(a) [ECF#61]. This case was previously converted to a chapter 13, but the court finds that the debtor is eligible to be a debtor under chapter 13.

It is **ORDERED** that:

1. This chapter 7 case is reconverted to a case under chapter 13.

2. The chapter 7 trustee shall file, within 30 days of the date of this order:
   a. a final accounting for all receipts and disbursements made in the chapter 7 case; and
   b. a report on the administration of the case pursuant to 11 U.S.C. §704(9).

3. The chapter 7 trustee forthwith shall turn over to the debtor, all records and

LF-8A (rev. 04/23/19)

property of the estate remaining in the chapter 7 trustee's custody and control.

4. The debtor shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(J)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

5. The debtor shall file, within 14 days from the date of this order and if such documents have not already been filed, the statements, schedules, Official Forms 122C-1 "Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period", 122C-2 "Chapter 13 Calculation of your Disposable Income", and, if required, payment advices or the required statement regarding payment advices. [see Bankruptcy Rule 1007(b), Bankruptcy Rules 1007(b)(1) and 1007(c), Local Rules 1007-1(E), 1007-2, 1009-1(D), 1009-1(F), 1019-1(C) and 1019-1(L)]; and

6. The debtor shall file, within 14 days from the date of this order, a chapter 13 plan using the Local Form required by Local Rule 3015-1(B)(1). Amendments to the plan shall be filed by the deadline set forth in Local Rule 3015-2.

7. If the chapter 7 filing fee was waived, the debtor shall pay the full chapter 13 filing fee of $ __313.00__ or file a local form application to pay the fee in installments within 14 days after entry of this order.

8. The debtor shall commence plan payments to the chapter 13 trustee within 30 days from the date of this order in the manner prescribed by that trustee as required by Local Rule 3070-1(A). If, at the first meeting of creditors, the debtor is not current in plan payments under the plan as originally filed, the chapter

LF-8A (rev. 04/23/19)

      13 trustee may submit a proposed order dismissing the debtor's chapter 13 case and the case may be dismissed without further notice of hearing.

9. The debtor shall file, no later than the date of the past payment made as required by the plan or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b), "Certification About a Financial Management Course" (Official Form 423) [See Bankruptcy Rules 1007(b)(7)(A) and (c)] (unless the course provider files a certificate of completion on the debtor's behalf).

10. Counsel for the Chapter 7 Trustee, MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A., has incurred $**2,772.50** in combined fees and costs in this case, to date, which amount the Debtor has agreed is reasonable. The $**2,772.50** in fees and costs shall be deemed allowed and shall be paid to MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. through the Chapter 13 plan as an administrative priority claim pursuant to 11 U.S.C. § 507(a)(2).

11. Failure of the debtor to comply with the provisions of this order or failure to comply with the Chapter 13 plan payments or other requirements will result in the re-conversion of this case to a case under Chapter 7, rather than the dismissal of the case, and the Chapter 7 trustee will be reappointed as Chapter 7 trustee of the reconverted case.

**###**

**Submitted by:** Jose A. Blanco**,** FBN: 062449**,** 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-mail: jose@blancopa.com

**Copies to:**
The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor, Chapter 7 Trustee and the Chapter 13 Trustee.

LF-8A (rev. 04/23/19)