# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

JOSE EDUARDO NEVAREZ

CASE NO.: 24-13109-BKC-RAM
PROCEEDING UNDER CHAPTER 13

DEBTOR                          /

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ___3/6/2026___.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
[ ] Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
[X] Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
[ ] Gianny Blanco, Esq.
   FLORIDA BAR NO: 78080

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.:  24-13109-BKC-RAM

## CERTIFICATE OF SERVICE

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
JOSE EDUARDO NEVAREZ
1668 SAINT VITUS STREET
EL PASO, TX  79936

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013

12/29/2025 MON 11:12    FAX 9544434452    CH13MIAMI FAX    ☎001

```
*********************
   FAX TX REPORT
*********************


      TRANSMISSION OK


JOB NO.                  1914
User Name                ccooper
DESTINATION ADDRESS      7865675057
SUBADDRESS
DESTINATION ID
ST. TIME                 12/29 11:12
TX/RX TIME               00'42
PGS.                     1
RESULT                   OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, E
STANDING CHAPTER
P.O. BOX 279806
MIRAMAR, FL 33027-9:
TELEPHONE: (954) 443
FACSIMILE: (954) 443-

December 29, 2025

JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL 33013

Case: 24-13109-BKC-RAM                    RE: JOSE EDUARDO NEVAREZ

Dear JOSE BLANCO, ESQUIRE

More than thirty days have passed since the claims bar date on November 12, 2024. You have ;
Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Revie
also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the clain
attorney shall examine, from records maintained by the clerk, the claims register and all claims ;
to determine whether additional action is necessary, including the filing and service in acco
applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion
confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)